FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 29 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In re: BANK OF AMERICA CREDIT PROTECTION MARKETING & SALES PRACTICES LITIGATION, | No. 13-15276 |
|---|---|
| JUAN AREVALO; et al., | D.C. No. 3:11-md-02269-THE U.S. District Court for Northern California, San Francisco |
| Plaintiffs - Appellees, | |
| ADINA WASSERMAN, | ORDER |
| Objector - Appellant, | |
| v. | |
| BANK OF AMERICA CORPORATION; et al., | |
| Defendants - Appellees. | |

The joint motion for voluntary dismissal of this appeal under Federal Rule of Appellate Procedure 42(b) is granted. A copy of this order shall act as and for the mandate of this court. Costs shall be allocated pursuant to the stipulation.

For the Court:
MOLLY C. DWYER
Clerk of the Court

Alihandra M. Totor
Deputy Clerk
Ninth Circuit Rules 27-7 and 27 10

amt/Pro Mo 29Mar2013